IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

(Alexandria Division)

| | |
|---|---|
| LEONCIO PAZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No: 1:14-cv-323 (TSE/TCB) |
| ) | |
| MIDLAND FUNDING, LLC, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties having settled this matter by mutual agreement, and no answer or responsive pleading having been filed in this case, plaintiff Leoncio Paz, by counsel, hereby dismisses his action with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i).


Respectfully submitted,

LEGAL AID JUSTICE CENTER


By: _____//s//_____      Date: 5/8/2014
Simon Y. Sandoval-Moshenberg (VSB No.: 77110)
6400 Arlington Blvd., Suite 600
Falls Church, Virginia 22042
Ph: (703) 778-3450 x 605
Fax: (703) 778-3454
simon@justice4all.org
*Counsel for plaintiff Leoncio Paz*

## Certificate of Service

      I hereby certify that a copy of the foregoing has been served upon the following by causing a copy of same to be electronically filed with the Clerk of Court using the CM/ECF system on this the 8th day of May, 2014:

        Christopher S. Anulewicz, Esq.
        Attorney for Midland Funding, LLC
        Balch & Bingham LLP
        30 Ivan Allen Jr. Blvd, NW, Suite 700
        Atlanta, GA 30308
        canulewicz@balch.com


_____//s//_____      Date: 5/8/2014
Simon Y. Sandoval-Moshenberg, Esq.
6400 Arlington Blvd., Suite 600
Falls Church, Virginia 22042
Ph: (703) 778-3450 x 605
Fax: (703) 778-3454
simon@justice4all.org